Commonwealth *v.* Rinke, Appellant.

Submitted September 11, 1972. *Robert A. Godwin,* Assistant Public Defender, for appellant; *Stephen B. Harris,* First Assistant District Attorney, and *Kenneth G. Biehn,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Robinson, Appellant.

Submitted September 11, 1972. *Samuel Smith, Edward C. Harkin,* and *Tabas, Smith & Furlong,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Robinson, Appellant.

Submitted September 11, 1972. *Joseph Wassell,* Assistant Public Defender, for appellant; *Paul R. Mazzoni,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.